**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

DEC 20 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-30257 |
| Plaintiff-Appellee, | D.C. No. 4:16-cr-00016-BMM |
| v. | |
| RYAN JASON TATSEY, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Montana
Brian M. Morris, District Judge, Presiding

Submitted December 18, 2017[**]

Before:     WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

Ryan Jason Tatsey appeals from the district court's judgment and challenges

his guilty-plea convictions and 88-month concurrent sentences for conspiracy to

possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846,

and money laundering, in violation of 18 U.S.C. § 1956(a)(1)(A)(i).  Pursuant to

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Anders v. California*, 386 U.S. 738 (1967), Tatsey's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Tatsey the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief as to Tatsey's conviction. We accordingly affirm Tatsey's conviction.

Tatsey waived the right to appeal his sentence. Because the record discloses no arguable issue as to the validity of the sentencing waiver, we dismiss Tatsey's appeal as to his sentence. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

We remand the case to the district court with instructions to correct the judgment to reflect the correct statute of conviction for the money laundering offense: 18 U.S.C. § 1956(a)(1)(A)(i).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part; REMANDED to correct the judgment.**